UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

Plaintiff,

-vs-   Case No. 6:12-cv-1588-Orl-28DAB

**THE GREEN SAVERS, LLC,
CHRISTOPHER ADAMS, and VIKASH
JAWALAPERSAD,**

Defendant.
_____/

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Default Judgment (Doc. No. 65) filed July 25, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

The Court has conducted an independent *de novo* review of the record in this matter, and considered the objection filed by the Federal Trade Commission (Doc. 69).

It is **ORDERED** as follows:

1. That the Report and Recommendation filed August 22, 2013 (Doc. No. 68) is **ADOPTED** and **CONFIRMED** and made a part of this Order except that the Court will enter the Order for injunctive relief in the form submitted by the Federal Trade Commission.

2. The Amended Motion for Default Judgment (Doc. 65) is **GRANTED**.

3. Default Judgment is entered in favor of the Federal Trade Commission and against Defendant Christopher Adams.

4. An Order for Permanent Injunction and Final Judgment as to Christopher Adams is being entered contemporaneously with this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25 day of September, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party