## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

          **Plaintiff,**

**-vs-**                                                   **Case No.  6:12-cv-1588-Orl-28DAB**

**THE GREEN SAVERS, LLC,**
**CHRISTOPHER ADAMS, and VIKASH**
**JAWALAPERSAD,**

          **Defendant.**
_____/

## ORDER

This cause is before the Court on Receiver's Unopposed Motion to Approve Compromise (Doc. 70). The Motion is **GRANTED**. The Settlement Agreement between the Receiver and Newtek Business Services, Inc. and Universal Processing Services of Wisconsin, LLC (collectively "Newtek") is **APPROVED**. The Receiver is authorized to pay to Newtek $15,000.00 of the funds originally deposited by The Green Savers to West America Bank, which were subsequently turned over to the Receiver and held by the Receiver in a trust account ("deposited funds"). The Receiver shall retain the remainder of the deposited funds.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _2 6_ day of September, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party