UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

-vs-                                           **Case No. 6:12-cv-1588-Orl-28DAB**

**THE GREEN SAVERS, LLC,
CHRISTOPHER ADAMS, and VIKASH
JAWALAPERSAD,**

    **Defendant.**
_____/

## ORDER

This case is before the Court on the Receiver's Final Unopposed Motion for Payment of Reasonable Compensation and Costs ("Unopposed Motion for Fees and Costs") (Doc. No. 80) filed February 11, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 19, 2014 (Doc. No. 81) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Fees and Costs (Doc. No 80) is **GRANTED**.

3. The Court awards the Receiver fees and costs in the total amount of $65,730.19, for the fees and costs incurred by the Receiver and the Receiver's legal counsel as set forth in the Unopposed Motion for Fees and Costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 12th day of March, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party